# Ogletree Deakins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/19/2025

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

March 18, 2025

**APPLICATION GRANTED:** The Initial Conference set for 3/26/2025 at 10:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, April 24, 2025 at 2:00 p.m.**

APPLICATION GRANTED
*/s/ Katharine H. Parker/*
Hon. Katharine H. Parker, U.S.M.J.
03/19/2025

<u>Via ECF</u>
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Henry Tucker v. Papa John's International, Inc.*
      Case No.: 1:25-cv-00149-PAE-KHP

Dear Magistrate Judge Parker:

We represent defendant Papa John's International, Inc. ("Defendant") in the above-referenced action, and with the consent of plaintiff Henry Tucker ("Plaintiff"), we respectfully write to request an adjournment of the Initial Case Management Conference scheduled for March 26, 2025, and the Report of Rule 26(f) Meeting and Proposed Case Management Plan deadline, until after Defendant's April 21, 2025 Answer deadline, to a date convenient for the Court. Defendant submits this request so that it may be afforded additional time to investigate the allegations in the Complaint, and to discuss a possible resolution with Plaintiff. This is Defendant's first request for adjournment of the Initial Case Management Conference and associated case deadlines.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: _____*/s/ Jamie Haar*_____
            Jamie Haar

cc:   All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tysons Corner ▪ Washington

88745049.v1-OGLETREE