```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HENRY TUCKER,

                      Plaintiff,

       -against-

PAPA JOHN'S INTERNATIONAL, INC.,

                      Defendant.
-----------------------------------------------------------------X

25-CV-0149 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on May 1, 2025 (doc. no 15) the Initial Case Management Conference currently scheduled for **May 12, 2025** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:    New York, New York
              May 2, 2025

                                                    _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge